*John H. Linsman* v. *Nicholas H. Stevens et al.* C. O'-Connor, for complainant; O. L. Barbour and H. H. Wheeler, for defendants. Order dismissing bill with costs as to all the defendants who have appeared and answered for want of prosecution.